AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| --- | --- |
| v. | ) |
| Javier Eduardo CASANOVA | ) Case No. 25-4671 MJ |
| Samuel GARCIA-Morales | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 03, 2025__ in the county of __Doña Ana__ in the state and District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| COUNT 1: 8 USC 1324(a)(1)(A)(v)(I) | engaged in a conspiracy to commit a violation of 8 USC 1324(a)(1)(a)(v)(I) Conspiracy, to wit: 8 USC 1324(a)(1)(a)(ii) Transporting, knowing or in reckless disregard of the fact that, ALIENS, had come to, entered, or remained in the United Sates in violation of law, transport, or move or attempt to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:
On November 3, 2025, Disrupt Unit Border Patrol Agents (DU BPAs) 1 and 2, assigned to the Santa Teresa Border Patrol Station (STN/DU), apprehended a single subject who had made an illegal entry into the United States near Sunland Park, New Mexico, at approximately 6:20 p.m. The agents responded to the area to identify any potential pickup vehicle associated with the apprehension.

☑ Continued on the attached sheet.

*Complainant's signature*

Sergio Crosby, BORDER PATROL AGENT
*Printed name and title*

Electronically submitted and telephonically sworn to before me: OS KS
Date: 11/06/2025

KEVIN R. SWEAZEA
U.S. MAGISTRATE JUDGE
*Printed name and title*

City and state: Las Cruces, New Mexico

District Of New Mexico

U.S. v.   Javier Eduardo CASANOVA
          ~~~~~~ ~~~~~~ ~~~~~~~

## Criminal Complaints (Continued)

During a field interview, the subject, later identified as RUIZ-DEMAZ, Amilcar, stated that he had been guided remotely from Mexico via telephone and was not accompanied by a physical guide. RUIZ-DEMAZ voluntarily provided both verbal and written consent for BPAs 1 and 2 to access his cellular device. While posing as the apprehended subject, BPA 1 established communication with suspected smugglers in Mexico through WhatsApp Messenger. The smugglers confirmed their intent to send a vehicle for pickup. BPA 1 received instructions from a contact saved as "Pato," who advised him to answer an incoming call from the designated driver. Moments later, BPA 1 received a call directing him to proceed toward the intersection of Low Road and El Cerro Drive in Sunland Park, New Mexico.

BPAs 1 and 2 positioned themselves near the described intersection, concealing themselves among mesquite brush east of Low Road and El Cerro Drive while maintaining surveillance for the suspected pickup vehicle. BPA Barroso relayed real-time updates via service radio to other agents monitoring the situation. BPA 3 arrived on scene in an unmarked vehicle to provide additional support. Shortly thereafter, BPA 1 reported that a red sedan had parked approximately 100 yards from the intersection and flashed its headlights three times, signaling it was the intended pickup vehicle.

BPA 3 approached and identified the vehicle as a red Dodge Dart. The vehicle's engine was running, and its lights were off. As BPA 3 moved in behind it, the Dart turned on its headlights and sped away. BPA 3 activated his emergency lights and sirens to initiate an investigatory stop. The vehicle failed to yield, accelerating with its headlights off. Moments later, it crashed into a wall at the intersection of Sunland Park Drive and Racetrack Drive. BPA 3 immediately notified BPAs of the crash details over the service radio.

At approximately 7:05 p.m., Emergency Medical Services (EMS) were notified and responded to the scene. DU BPAs arrived shortly thereafter and ensured the occupants were not in immediate danger before conducting immigration and citizenship interviews.

Subject 1: Diego Daniel S. (Juvenile) - Mexican citizen and claimed to be a Lawful Permanent Resident of the United States.

Subject 2: Javier Eduardo Casanova - U.S. citizen.

Subject 3: Samuel Garcia-Morales - Mexican citizen without lawful status in the United States.

All three individuals were taken into custody and transported to University Medical Center (UMC) in El Paso, Texas, for treatment of injuries sustained in the collision.

Post-Miranda Statement - Principal / Driver: Diego Daniel S.
Due to injuries sustained during the crash, Suarez, Diego Daniel could not be advised of his Miranda rights or interviewed, as he was undergoing surgery. An interview will be conducted once he is medically cleared for questioning.

Post-Miranda Statement - Co-Principal (Backseat Passenger): Javier Eduardo Casanova
BPAs 3 and 4 encountered Casanova at UMC. After being advised of his Miranda rights, Casanova knowingly and voluntarily waived them and provided a post-Miranda statement. Casanova admitted that the individual they were attempting to pick up was unlawfully present in the United States. He further acknowledged prior involvement in smuggling activity and stated that he expected monetary compensation for his participation.
Post-Miranda Statement - Co-Principal (Front Passenger): Samuel Garcia-Morales
BPAs 2 and 5 encountered Garcia-Morales at UMC. After being advised of his Miranda rights, Garcia-Morales knowingly and voluntarily waived them and provided a post-Miranda statement. He admitted that the individual they intended to pick up was unlawfully present in the United States and stated he was expecting payment for his involvement.

Conclusion:
Based on the aforementioned facts, the affiant believes there is probable cause to conclude that Garcia-Morales, Samuel, Casanova, Javier Eduardo, and S., Diego Daniel violated Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) -

Conspiracy to Transport Illegal Aliens.
The case was presented to Assistant United States Attorney Richard Williams, who accepted prosecution. The above-listed individuals will be charged accordingly under 8 U.S.C. 1324 (Conspiracy to Transport).

_____
Signature of Judicial Officer

_____
Signature of Complainant

Crosby, Sergio
Filing Agent