# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable **KEVIN R. SWEAZEA**

CRIMINAL CLERK'S MINUTES at Las Cruces

| | | | | | |
|---|---|---|---|---|---|
| Case Number: | **25-4671 MJ** | Date: | **11/06/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **V. RUIZ** | | Type of Hearing: | **STATUS** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **SAMUEL GARCIA-MORALES** (Not Present) | **BARBARA MANDEL, AFPD STANDING IN** | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| | | | |
|---|---|---|---|
| Assistant U.S. Attorney: | **ELIZABETH TONKIN** | Interpreter: | **N/A** |
| Pretrial Officer: | **RUBI SEDILLO** | Court in Session: | **9:09 a.m.-9:09 a.m. (1 min)** |

| | |
|---|---|
| ☒ | Agent sworn |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☐ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☐ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Set for change of plea on |

| | |
|---|---|
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |

| | |
|---|---|
| ☒ | Other: DEFENDANT WAS NOT TRANSPORTED TO COURT TODAY DUE TO A MEDICAL HOLD. COURT WILL RESCHEDULE ONCE NOTIFIED THAT DEFENDANT IS MEDICALLY CLEARED. |